IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02434-WYD-CBS

MICHAEL W. WOOD,
    Plaintiff,
v.

VILLA ENTERPRISES MANAGEMENT,
    Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Wood's "Unopposed Motion to Substitute Named Defendant" (filed June 28, 2005) (doc. # 34). Pursuant to the Order of Reference dated November 24, 2004 (doc. # 3) and the memorandum dated June 28, 2005 (doc. # 35), the motion was referred to the Magistrate Judge.

Proceeding *pro se*, Wood commenced this lawsuit on November 23, 2004, alleging that he was denied a wage increase, a week of vacation, and bonuses due to his race, in violation of 42 U.S.C. § 2000e-2 ("Title VII"). (*See* Complaint; supplement filed November 24, 2004). On January 24, 2005, Defendant Villa Enterprises Management filed a Motion to Dismiss and/or for Summary Judgment (doc. # 8), asserting that it was not Wood's employer and, thus, Wood had not named the proper Defendant. Wood filed his *pro se* response (doc. # 12) on February 14, 2005, wherein he argued that because Villa Enterprises Management was named on his workers

1

compensation forms, it was the proper Defendant.

On June 16, 2005, counsel entered his appearance on behalf of Wood. The court held a status conference on June 27, 2005. Following the scheduling conference, Wood, through counsel, moved to substitute Villa Restaurant, Inc. for Villa Enterprises Management. Defense counsel, who represents both Villa Enterprises Management and Villa Restaurant, Inc., does not object to the substitution. Accordingly,

IT IS ORDERED that:

1. Wood's "Unopposed Motion to Substitute Named Defendant" (filed June 28, 2005) (doc. # 34) is GRANTED.

2. VILLA RESTAURANT, INC. is hereby substituted for Villa Enterprises Management as the proper Defendant.

3. Defendant Villa Enterprises Management's Motion to Dismiss and/or for Summary Judgment (filed January 24, 2005) (doc. # 8) is MOOT.

4. The caption in this civil action shall hereafter be:

**Civil Action No. 04-cv-02434-WYD-CBS**

**MICHAEL W. WOOD,**
	**Plaintiff,**
**v.**

**VILLA RESTAURANT, INC.,**
	**Defendant.**

DATED at Denver, Colorado, this 29th day of June, 2005.

2

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge