IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02434-WYD-CBS

MICHAEL W. WOOD,

    Plaintiff,

v.

VILLA RESTAURANT, INC.,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is Plaintiff's Unopposed Motion to Amend Title VII Complaint Complied with 7.1.A (Docket No. 42, filed July 26, 2005)

    It is hereby **ORDERED** the Motion to Amend ... is **GRANTED.** It is further

    **ORDERED** The Clerk of the Court shall enter the AMENDED TITLE VII COMPLAINT as filed this date.

**DATED:**    July 28, 2005