IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02434-WYD-CBS

MICHAEL W. WOOD,

    Plaintiff,

v.

VILLA RESTAURANT, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice filed September 26, 2005.  The parties stipulate therein to dismissal of the case with prejudice pursuant to FED. R. CIV. P. 41(a)(1).  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs.

    Dated:  September 28, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge